IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | Case No.: 2:25-cv-11758-RMG |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT** |
| Sean Onstad, | ) | |
| Defendant. | ) | |

Plaintiff Jane Doe, by and through her undersigned counsel, files this Complaint against Defendant Sean Onstad, alleging the following:

**PARTIES**

1. Plaintiff Jane Doe (hereinafter referred to as "Plaintiff") is an adult United States citizen and resident of the State of South Carolina. Plaintiff requests anonymity as set forth in the motion filed concomitantly with this Complaint.

2. Defendant, Sean Onstad, (hereinafter referred to as "Defendant") is a citizen and resident of the State of South Carolina, domiciled in Charleston, County, South Carolina.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, because this action involves a federal question arising under 15 U.S.C. § 6851.

4. This Court has personal jurisdiction over the Defendant because Defendant is a citizen of South Carolina and because Plaintiff's claims arise from Defendant's contact with the forum state.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), in that Defendant resided in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district.

## FACTS

6. Plaintiff was in a relationship with Defendant from May 2019 to February 2023.

7. On a few occasions during the course of their relationship, Plaintiff consented to Defendant recording intimate videos with the understanding that those videos would not be shared or published.

8. Plaintiff and Defendant ended their relationship on or about February 14, 2023.

9. On or about February 9, 2024, Plaintiff was contacted by a woman of whom Defendant had posted intimated videos and/or images of the woman without her consent.

10. The other victim told Plaintiff that Defendant had also posted intimate videos of Plaintiff on the platform, OnlyFans.

11. OnlyFans is a platform known for distributing and disseminating intimate imagery, but according to the company's policy, the imagery must be shared with the subject's consent.

12. Defendant published content only OnlyFans under the username "jakebaker1994" including videos of Plaintiff.

13. Defendant also published similar content without permission on Twitter under "jakebaker8399."

14. Plaintiff did not give Defendant consent to distribute and/or disseminate the imagery or videos taken of her during their relationship.

15. Defendant posted the videos containing intimate depictions of Plaintiff on OnlyFans after his relationship with Plaintiff ended.

16. Defendant did not request permission to distribute and disseminate the imagery and/or videos and knowingly published them without Plaintiff's consent, violating her right to privacy.

17. Since then, Defendant has been caught distributing and disseminating intimate images and videos of multiple women without their consent and has active criminal charges filed against him in Charleston County and Berkeley County, South Carolina.

18. Defendant was first arrested on or about March 13, 2024, for charges brought against him by another victim, and later released on bond in Berkley County, South Carolina.

19. Defendant was then arrested again in Charleston County, South Carolina on or about March 27, 2024, for charges brought by Plaintiff and a third victim, both residents of Charleston County, South Carolina.

20. Plaintiff is unaware of how many videos or images Defendant posted of her on Defendant's accounts on multiple platforms, which has caused her a great deal of anxiety and emotional distress.

21. Plaintiff is a victim of the nonconsensual distribution and dissemination of intimate imagery and as a result, has suffered significant damages.

**FOR A FIRST CAUSE OF ACTION**
**(Violation of 15 U.S.C. § 6851)**

22. Plaintiff repeats and realleges each and every allegation set forth above, as though fully set forth here.

23. Beginning on an unknown date and continuing through approximately March 2024, Defendant disclosed and disseminated videos which contained intimate visual depictions of Plaintiff on a publicly viewable website, OnlyFans.

24. Defendant used a means or facility of interstate or foreign commerce to disclose the intimate visual depictions of Plaintiff when he used the internet to disclose videos which contained intimate visual depictions of Plaintiff.

25. Defendant published videos without the consent of the Plaintiff.

26. Defendant knew that Plaintiff did not give consent for distribution of visual depictions on OnlyFans or anywhere else.

27. Plaintiff has suffered damages as a result of such distribution.

28. Plaintiff is entitled to liquidated damages in the amount of $150,000.00 against Defendant for this disclosure, and the cost of this action, including reasonable attorney's fees and other litigations costs reasonably incurred pursuant to 15 U.S.C. §6851(b)(3)(i).

29. Plaintiff is also entitled to equitable relief, including a permanent injunction to cease display or disclosure of the video depiction pursuant to 15 U.S.C. §6851(b)(3)(ii).

## **PRAYER FOR RELIEF**

30. WHEREFORE, Plaintiff prays for judgment against Defendant and for the following relief:

   a. Finding Defendant liable under 15 U.S.C. §6851;

   b. Awarding Plaintiff liquidated damages in the amount of $150,000.00 against Defendant for this disclosure, and the cost of this action, including reasonable attorney's fees and other litigations costs reasonably incurred pursuant to 15 U.S.C. §6851(b)(3)(i);

   c. Granting the appropriate injunctive relief pursuant to 15 U.S.C. §6851(b)(3)(ii); and

d.  Awarding such other further available relief and any other relief the Court deems just and appropriate.

>ROSEN HAGOOD, LLC
>
>By:  *s/Elizabeth F. Nicholson*
>Elizabeth F. Nicholson
>Federal I.D. No.: 12402
>40 Calhoun Street, Suite 450
>Charleston, SC  29401
>(843) 577-6726
>Fax:  (843) 266-2225
>enicholson@rosenhagood.com
>
>**Attorney for Plaintiff**

August 29, 2025
Charleston, South Carolina