# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | Civil Action No. 2:25-cv-11758-RMG |
| Plaintiff, | ) | |
| vs. | ) | |
| Sean Onstad, | ) | |
| Defendant. | ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY

Upon Motion of Plaintiff and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously is hereby Granted. It is further

ORDERED that all materials filed in this action, all judgments, and any other documents relating to this action shall refer to Plaintiff as JANE DOE.

s/ Richard Mark Gergel
Honorable Richard M. Gergel
United States District Court Judge

September 4, 2025
Charleston, South Carolina